**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-60130-CIV-SMITH**

EVEROY DUHANEY,

    Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

_____/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

This cause is before the Court on Defendant's Unopposed Motion to Stay Pending *En Banc* Review by the Eleventh Circuit in *Hunstein v. Preferred Collection & Management Services, Inc.* [DE 4]. Upon consideration, it is

ORDERED THAT:

1. Defendant's Unopposed Motion to Stay Pending *En Banc* Review by the Eleventh Circuit in *Hunstein v. Preferred Collection & Management Services, Inc.* [DE 4] is **GRANTED.** This case is **STAYED.**

2. Within fourteen (14) days of the Eleventh Circuit's issuance of its decision in *Hunstein*, the parties shall file a motion to lift the stay or a stipulation of dismissal.

3. The Clerk is directed to administratively **CLOSE** this case.

DONE AND ORDERED in Fort Lauderdale, Florida this 25th day of January, 2022.

                                                                   RODNEY SMITH
                                                                   UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record